

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kishia Ann Marie Holland,                \* From the 39th District Court
of Haskell County,
Trial Court No. 7092.

Vs. No. 11-22-00274-CR              \* November 16, 2023

The State of Texas,                      \* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.